UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONGYEE LENGNOU XIONG,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ANN VENEMAN, Secretary of the U.S. Department of Agriculture,<br><br>　　　　Defendant. | 1: 02-CV-6525-SMS<br><br>ORDER VACATING HEARING ON SEPTEMBER 9, 2005, ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOCS. 34, 26) |

　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

　　The Court has received the Defendant's position paper regarding Plaintiff's filing of late opposition. The Court has determined that Pursuant to Rule 78-230(c) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff's opposition to Defendant's motion for summary judgment was untimely, and thus, Plaintiff is not entitled to be heard in opposition to the motion at a hearing. The Court is considering Defendant's motion. However, pursuant to

1

Local Rule 78-230(c) and the Court's exercise of its discretion, the hearing on the motion for summary judgment previously set for September 9, 2005, at 9:30 a.m. IS VACATED.

IT IS SO ORDERED.

**Dated:     August 30, 2005**              /s/ **Sandra M. Snyder**
icido3                               UNITED STATES MAGISTRATE JUDGE