1  McGREGOR W. SCOTT
   United States Attorney for the
2  Eastern District of California
   KRISTI C. KAPETAN
3  Assistant U.S. Attorney
   3654 Federal Building
4  1130 "O" Street
   Fresno, California 93721
5  Telephone: (559) 498-7528

6  Attorneys for the United States
   and the Secretary of Agriculture
7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
   CHONGYEE L. XIONG,            )  1:02-cv-06525-SMS
11                               )
        Plaintiff,                )  FURTHER STIPULATION AMENDING
12                               )  SCHEDULE; ORDER THEREON
     v.                           )
13                               )
   ANN M. VENEMAN,                )
14 SECRETARY OF AGRICULTURE,     )
                                  )
15        Defendant.              )
   _____)
16

17
        The parties request a further extension of the deadlines in
18
   this case.  The Motion for summary judgment is still under
19
   submission and the parties want to allow the court sufficient
20
   time to rule on the Motion prior to preparing the pretrial
21
   conference statement.
22
   **ITEM**                                              **DATE**
23
   Pre-Trial Conference Date (was 10-13-05)              1-25-06
24                                                       1:30 p.m.

25 Trial Date (was 11-28-05)                             3-27-06
      (five day jury trial)                              9:00 a.m.
26

27

28

```
                                    Respectfully submitted,

FOR DEFENDANT SECRETARY, USDA:

September 13, 2005                  McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                               By:  KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

FOR PLAINTIFF CHONGYEE XIONG:

September 13, 2005
                                    /s/ James C. Holland
                                    JAMES C. HOLLAND, Esq.
                                    Attorney for Plaintiff
```

**ORDER**

IT IS SO ORDERED.

**Dated:   September 14, 2005**              **/s/ Sandra M. Snyder**
icido3                                 UNITED STATES MAGISTRATE JUDGE