UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHONGYEE LENGNOU XIONG, | ) | 1:02-cv-06525-OWW-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER REQUIRING DEPOSITION** |
| | ) | **TRANSCRIPTS TO BE FILE IN** |
| v. | ) | **COURT CASE FILE** |
| | ) | |
| ANN M. VENEMAN, Secretary, United States Department of Agriculture, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY ORDERED that the following deposition transcripts be filed in the court's case file:

   1.  Deposition of Chongyee Lengnou Xiong, Vol. I, Pages 1 through 187, taken May 21, 2004; and,

   2.  Deposition of Chongyee Lengnou Xiong, Vol. II, Pages 188 - 262, taken June 15, 2004.

IT IS SO ORDERED.

**Dated:   December 23, 2005**          /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE

1