1  McGREGOR W. SCOTT
   United States Attorney for the
2  Eastern District of California
   KRISTI C. KAPETAN
3  Assistant U.S. Attorney
   3654 Federal Building
4  1130 "O" Street
   Fresno, California 93721
5  Telephone:  (559) 498-7528

6  Attorneys for the United States
   and the Secretary of Agriculture
7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
   CHONGYEE L. XIONG,            )   1:02-CV-06525-SMS
11                               )
            Plaintiff,           )   STIPULATION AMENDING
12                               )   SCHEDULE; ORDER THEREON
        v.                       )
13                               )
   ANN M. VENEMAN,               )
14 SECRETARY OF AGRICULTURE,     )
                                 )
15          Defendant.           )
   _____)
16

17     Defendant respectfully requests a continuance of the

18 pretrial conference date to better prepare a complete pretrial

19 statement.  Plaintiff concurs with Defendant's request.

20 **ITEM**                **EXISTING DATE**     **PROPOSED DATE**

21 Pretrial Conference     1-25-06               2-22-06 1:30 p.m.

22 ////

23 ////

24 ////

25 ////

26 ////

27

28
                                 1

```
                                        Respectfully submitted,

FOR DEFENDANT SECRETARY, USDA:

January 13, 2006                        McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Kristi C. Kapetan
                                    By: KRISTI C. KAPETAN
                                        Assistant U.S. Attorney


FOR PLAINTIFF CHONGYEE XIONG:

January 13, 2006
                                        /s/ James C. Holland
                                        JAMES C. HOLLAND, Esq.
                                        Attorney for Plaintiff
```

**ORDER**

IT IS SO ORDERED.

**Dated:   January 17, 2006**              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

2