```
 1  JAMES C. HOLLAND, 134233
    Attorney at Law
 2  134 North Conyer St.
    Visalia, CA 93291
 3  (559) 741-1112
    FAX: (559) 741-1113
 4
    Attorney for plaintiff CHONGYEE LENGNOU XIONG
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  CHONGYEE LENGNOU XIONG,     ) No: 1:02-cv-06525 SMS
                                )
12           Plaintiff,         ) STIPULATION AND ORDER
                                ) OF DISMISSAL
13       vs.                    )
                                )
14  ANN M. VENEMAN, Secretary,  )
    United States Department of )
15  Agriculture; et al.,        )
                                )
16           Defendants.        )

17  ///

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28
                           1
```

1  It is hereby stipulated by and between Plaintiff CHONGYEE XIONG
2  and Defendants ANN M. VENEMAN, Secretary, United States Department of
3  Agriculture that pursuant to the terms of settlement, the above-
4  entitled action shall be dismissed in its entirety as to all claims,
5  with prejudice, under Federal Rules of Civil Procedure 41(b).

Dated: April 18, 2006           /s/ James C. Holland
                                JAMES C. HOLLAND, Attorney for
                                plaintiff CHONGYEE L. XIONG

///

                                McGREGOR W. SCOTT,
                                United States Attorney

Dated: April 18, 2006
                                /s/ Kristi C. Kapetan
                            By: KRISTI C. KAPETAN,
                                Assistant United States Attorney,
                                Attorneys for Defendant
                                ANN M. VENEMAN, Secretary,
                                U.S. Department of Agriculture

///

IT IS SO ORDERED.

**Dated:   April 20, 2006**            **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE

2